# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:26-mj-00397-MDC |
| Plaintiff, | **ORDER** |
| v. | |
| JASON EDUARDO TORRES-GAVARRETE, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on June 26, 2026 at the hour of 9:00 a.m., be vacated and continued to  August 10, 2026  at the hour of   4 :00   p .m.

DATED this 22nd day of June, 2026.

_____

UNITED STATES MAGISTRATE JUDGE